IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

KLAMATH SISKIYOU WILDLANDS             No. 1:12-cv-1558-CL
CENTER, et al.,
                                        **ORDER**
        Plaintiffs,

  v.

BUREAU OF LAND MANAGEMENT,

        Defendant.

---

**PANNER, District Judge:**

    Plaintiffs claim that the U.S. Bureau of Land Management (BLM) violated the National Environmental Policy Act (NEPA) by approving the MC Thin Timber Sale, which would allow logging on about 180 acres in the Little Butte Creek Key Watershed.

    The parties filed cross-motions for summary judgment.

1 - ORDER

Defendant moved to strike extra-record material. Magistrate Judge Mark D. Clarke issued a Report and Recommendation, recommending that this action be dismissed and that defendant's motion to strike be granted in part and denied in part.

Plaintiffs object to the Report and Recommendation, so I have reviewed this matter de novo. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981). I adopt the thorough and well-reasoned R&R.

## CONCLUSION

The Report and Recommendation (#32) is adopted. Plaintiffs' motion for summary judgment (#12) is denied. Defendant's cross-motion for summary judgment (#14) is granted. Defendant's motion to strike (#19) is granted in part and denied in part.

IT IS SO ORDERED.

DATED this 6 day of February, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER