IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

KLAMATH SISKIYOU WILDLANDS
CENTER, et al.,

        Plaintiffs,

v.

BUREAU OF LAND MANAGEMENT,

        Defendant.

No. 1:12-cv-1558-CL

**JUDGMENT**

---

Based on the record, this action is dismissed.

IT IS SO ORDERED.

DATED this 6 day of February, 2014.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT